[No. 28507-6-I.   Division One.   March 22, 1993.]

*In the Matter of the Marriage of* CLARA
FORTNEY, *Appellant, and* WILLIAM
FORTNEY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-3-10224-6, James D. McCutcheon, Jr., J., entered February 13, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Forrest, J., concurred in by Scholfield and Agid, JJ.

[No. 28718-4-I.   Division One.   March 22, 1993.]

*In the Matter of the Marriage of* NAN-C-LEE
PARKS, *Respondent, and* EDWARD LLOYD
PARKS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-3-01377-4, Edward Heavey, J., entered May 9, 1991. *Remanded with instructions* by unpublished opinion per Scholfield, J., concurred in by Grosse and Kennedy, JJ.

[No. 27856-8-I.   Division One.   March 22, 1993.]

*In the Matter of the Marriage of* SULA A. OLSON,
*Respondent, and* NORMAN G.
OLSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-3-04681-0, Carmen Otero, J., entered January 15, 1991. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Forrest and Agid, JJ. Now published at 69 Wn. App. 621.